# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| PHILLIP ROBINSON <br><br> PLAINTIFF(S) | 2:22–cv–09000 |
| v. <br><br> UNIVERSAL MUSIC GROUP , et al. <br><br> DEFENDANT(S). | **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____         ____         ____

Date Filed         Doc. No.         Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated: December 13, 2022         By: /s/ *Luz Hernandez, luz_hernandez@cacd.uscourts.gov*
                                         Deputy Clerk